The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE CARLOS PERAZA ALVAREZ, and <br> MARTIN ALONSO PEINADO TORRES, <br><br> Defendants. | NO. CR24-137-KKE <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' unopposed Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Currency"):

1. $12,645 in United States currency, seized on or about August 2, 2024, from Defendant Martin Alonso Peinado Torres's residence, located at 2222 S. 252nd Street, Kent, Washington; and

2. $1,581 in United States currency, seized on or about August 2, 2024, from Defendant Jose Carlos Peraza Alvarez's residence, located at 3428 S. 229th Place, SeaTac, Washington.

///

Final Order of Forfeiture - 1
*United States v. Peraza Alvarez, et al.,* CR24-137-KKE

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that a Final Order of Forfeiture is appropriate because:

- On June 11, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable, pursuant to 21 U.S.C. § 853, and forfeiting Defendants' interest in it. Dkt. No. 54;

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. Nos. 66, 67), and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A - I);

- The United States has used all available efforts to send notice by means reasonably calculated to reach the potential claimants, as required by Rule 32.2(b)(6) and Supp. Rule G(4)(b); and

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Peraza Alvarez, et al.,* CR24-137-KKE

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Drug Enforcement Administration, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 17th day of November, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 3
*United States v. Peraza Alvarez, et al.,* CR24-137-KKE

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970